FILED

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

SEP 27 2016

FOR THE DISTRICT OF NEW MEXICO  MATTHEW J. DYKMAN

CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 16-3868 JP |
| | ) | |
| vs. | ) | 18 U.S.C. §§ 922(g)(1) and 924(a)(2): |
| | ) | Felon in Possession of a Firearm and |
| DENNIS GRIEGO, | ) | Ammunition. |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about April 29, 2016, in Bernalillo County, in the District of New Mexico, the

defendant, **DENNIS GRIEGO**, having been convicted of the following felony crimes

punishable by imprisonment for a term exceeding one year:

(1)     commercial-automotive burglary,

(2)     possession of a controlled substance,

(3)     unlawful taking of a motor vehicle,

(4)     unlawful taking of a motor vehicle (second conviction),

(5)     trafficking a controlled substance,

(6)     residential burglary,

(7)     residential burglary (second conviction),

(8)     theft of a credit card,

(9)     theft of a credit card (second conviction),

(10)    receiving or transferring a stolen motor vehicle,

(11)    receiving or transferring a stolen motor vehicle (second conviction),

(12)    possession of a firearm by a felon, and

(13)    aggravated battery against a household member with a deadly weapon,

knowingly possessed, in and affecting commerce, a firearm and ammunition:

(1)    an HS Products, model XD40, .40 caliber semi-automatic pistol, serial number

MG240131, and

(2)    14 Winchester brand .40 caliber cartridges.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL:

/s/ _____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

KAB 09/26/16  10:45AM

2